STATE OF LOUISIANA

VERSUS

MICHAEL CARTER

NO. 21-KH-494

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 21, 2021

Nancy F. Vega

Chief Deputy Clerk

---

**ON APPLICATION FOR REHEARING**

---

Panel composed of Marc E. Johnson,
Robert A. Chaisson, and John J. Lee, Jr.

**REHEARING GRANTED; WRIT TRANSFERRED TO THE TRIAL COURT**

**MEJ**
**RAC**
**JJL**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy J. Vega
Chief Deputy, Clerk of Court

STATE OF LOUISIANA                    NO. 21-KH-494

VERSUS                                FIFTH CIRCUIT

MICHAEL CARTER                        COURT OF APPEAL

                                      STATE OF LOUISIANA


Relator, Michael Carter, seeks mandamus relief that would order the trial court to set a return date to contest the May 5, 2021 order. A review of the official record does not reflect that Relator filed a notice of intent. However, Relator has presented proof to this Court that he mailed a document—presumably a notice of intent—to the 24th Judicial District Court on May 26, 2021. The May 26th filing would have been timely-filed for notice of intent purposes.

Therefore, in the interest of justice, we transfer the instant writ application to the trial court for filing and consideration as a timely-filed notice of intent to contest the May 5, 2021 order.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/21/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KH-494**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Michael Carter #128714 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426